| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>STEVEN J. ABELSON, ESQ., P.C.<br>By: Steven J. Abelson, Esq.<br>(ID # SA 7987)<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey  07728<br>(732) 462-4773<br>Attorney for Debtor | Order Filed on August 5, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTHONY & MAUREEN ZADZIELSKI | Case No.:  13-11140<br><br>Chapter:  13<br><br>Judge:  CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: August 5, 2016

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson, Esq._____, the applicant, is allowed a fee of $ ___990.00___ for services rendered and expenses in the amount of $___0___ for a total of $___990.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.    *$ 390.00*

☒ outside the plan.    *$ 600.00*

The debtor's monthly plan is modified to require a payment of $___n/a___ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*