Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−11140−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony G. Zadzielski
121 Greenwood Lake Road
Little Egg Harbor, NJ 08087

Maureen Zadzielski
aka Maureen Thissell
121 Greenwood Lake Road
Little Egg Harbor, NJ 08087

Social Security No.:
 xxx−xx−4206                                      xxx−xx−2914

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 19, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 20, 2017
JAN: ckk

                                                    Jeanne Naughton
                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 13-11140-CMG
Anthony G. Zadzielski                                               Chapter 13
Maureen Zadzielski
        Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                   Date Rcvd: Apr 20, 2017
                              Form ID: 148                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db/jdb         +Anthony G. Zadzielski,    Maureen Zadzielski,    121 Greenwood Lake Road,
                 Little Egg Harbor, NJ 08087-3705
513623211      +Barron Emergency Physicians,    PO Box 7418,   Philadelphia, PA 19101-7418
513623214      +Commonweatlh Financial Systems,    245 Main Street,   Dickson City, PA 18519-1641
513623224      +Labcorp,    P.O. Box 2240,   Burlington, NC 27216-2240
513623226      +Malcolm S. Gerald and Associates,    332 S. Michigan Ave, Ste 600,    Chicago, IL 60604-4318
513623227      +Medical Associates of Ocean,    c/o ACB Receivables Mngmnt,    19 Main Street,
                 Asbury Park, NJ 07712-7012
513623228      +Medical Payment Data/SOCH,    c/o Quality Asset Recovery,    7 Foster Ave, Ste 101,
                 Gibbsboro, NJ 08026-1191
513823204      +Midfirst Bank,    c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513623230      +Midland Mortgage,    P.O. Box 268806,   Oklahoma City, OK 73126-8806
513691412      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
513623237      +Pressler & Pressler,    7 Entin Road, Ste 7,   Parsippany, NJ 07054-5020
513623239      +Radiology Physicians at Comm,    c/o Apex Asset Managment,    P.O. Box 7044,
                 1891 Santa Barbara, Ste 204,    Lancaster, PA 17601-4106
513623240      +Sprint,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
513623241      +TD/Commerce Bank,    c/o RJM Acquisitions,    575 Underhill Blvd, Ste 224,
                 Syosset, NY 11791-3416
513623242      +Tiny Tots Daycare,    105 Kosciusko Way,   Little Egg Harbor, NJ 08087-1777
513746126      +U.S. Department of HUD,    c/o Deval LLC,   1255 Corporate Drive, #300,    Irving, TX 75038-2585
513623243      +W. Darrell Landry,    c/o Howard W. Smith, Esq.,    1570 White Horse Road,    PO Box 9972,
                 Trenton, NJ 08650-2972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 20 2017 23:15:02      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 20 2017 23:15:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513623209      +EDI: RMCB.COM Apr 20 2017 22:48:00      American Medical Collection,    2269 Saw Mill River Road,
                 Elmsford, NY 10523-3832
513773683       EDI: RESURGENT.COM Apr 20 2017 22:53:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Reimbursement,    Technologies, Inc.,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
513623210      +EDI: ACCE.COM Apr 20 2017 22:53:00      Asset Acceptance,    PO Box 2036,   Warren, MI 48090-2036
513623212      +E-mail/Text: egssupportservices@egscorp.com Apr 20 2017 23:15:11
                 Barron Emergency Physicians,    c/o NCO Financial,    507 Prudential Road,
                 Horsham, PA 19044-2308
513623213      +EDI: CAPITALONE.COM Apr 20 2017 22:53:00      Capital One,    Bankruptcy Dept,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
513623215      +EDI: CONVERGENT.COM Apr 20 2017 22:53:00      Convergent Outsourcing,
                 500 SW 7th Street, Bldg A100,    Renton, WA 98057-2983
513623216      +EDI: IIC9.COM Apr 20 2017 22:53:00      DeMarco Family Dental,    c/o IC Systems,
                 P.O. Box 64378,   Saint Paul, MN 55164-0378
513623217      +EDI: CONVERGENT.COM Apr 20 2017 22:53:00      ER Solutions,    800 SW 39th St,
                 Renton, WA 98057-4975
513623218      +E-mail/Text: kmorgan@morganlaw.com Apr 20 2017 23:15:42      Fairlane Credit,
                 c/o Morgan, Bornstein & Morgan,    1236 Brace Road, Ste K,    Cherry Hill, NJ 08034-3229
513623220      +EDI: AFFILIATEDGRP.COM Apr 20 2017 22:53:00      Herff-Jones Delmar,    c/o The Affiliated Group,
                 3055 41st St NW, Ste 100,    Rochester, MN 55901-9013
513623221      +E-mail/Text: egssupportservices@egscorp.com Apr 20 2017 23:15:11
                 Hospital Group of South Jersey,    c/o NCO Financial,    507 Prudential Road,
                 Horsham, PA 19044-2308
513623222      +EDI: HFC.COM Apr 20 2017 22:53:00      Household Bank,    P.O. Box 80084,
                 Salinas, CA 93912-0084
513623223      +EDI: IRS.COM Apr 20 2017 22:53:00      Internal Revenue Service*,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
513623225      +EDI: RESURGENT.COM Apr 20 2017 22:53:00      LVNV Funding,    P.O. Box 10497,
                 Greenville, SC 29603-0497
513952816       EDI: RESURGENT.COM Apr 20 2017 22:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of NCO Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513623233      +E-mail/PDF: bankruptcy@ncfsi.com Apr 20 2017 23:13:11     New Century Financial,
                 110 South Jefferson, Ste 104,    Whippany, NJ 07981-1038
513659831       E-mail/Text: ebn@vativrecovery.com Apr 20 2017 23:14:47      Palisades Acquisition IX  LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,   Houston, TX  77240-0728
513623234      +E-mail/Text: ebn@vativrecovery.com Apr 20 2017 23:14:47      Palisades Collection,
                 210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Apr 20, 2017
                              Form ID: 148            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
513659827        E-mail/Text: ebn@vativrecovery.com Apr 20 2017 23:14:47     Palisades Collections, LLC,
                  Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collections, LLC,
                  PO Box 40728,    Houston, TX  77240-0728
513623236       +EDI: RESURGENT.COM Apr 20 2017 22:53:00      Pinnacle Credit,    P.O. Box 640,
                  Hopkins, MN 55343-0640
514064500        EDI: RECOVERYCORP.COM Apr 20 2017 22:48:00      Portfolio Investments II LLC,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
513623238       +EDI: CHASE.COM Apr 20 2017 22:53:00      Providian Financial,    P.O. Box 660490,
                  Dallas, TX 75266-0490
513799295        EDI: NEXTEL.COM Apr 20 2017 22:48:00      Sprint Nextel,    Attn Bankruptcy Dept,   PO Box 7949,
                  Overland Park KS 66207-0949
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513623229*      +Medical Payment Data/SOCH,   c/o Quality Asset Recovery,    7 Foster Avenue Ste 101,
                  Gibbsboro, NJ 08026-1191
513623231*      +Midland Mortgage*,    P.O. Box 268806,    Oklahoma City, OK 73126-8806
513623235*      +Palisades Collection*,    210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
513623219      ##+Fulton, Friedman & Gullace,    P.O. Box 2123,    Warren, MI 48090-2123
513623232      ##+National Credit Solution,    3680 E I-240 Service Road,    Oklahoma City, OK 73135-1737
                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Midfirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B. Morgan    on behalf of Creditor    Fairlane Credit LLC kmorgan@morganlaw.com
              Steven J. Abelson    on behalf of Debtor Anthony G. Zadzielski sjaesq@atrbklaw.com,
               atrbk1@gmail.com
                                                                                             TOTAL: 10
```